**FILED**
**NOV 2 1 2002**
LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Clarence E. Monroe ) 
_____ )
Enter the full name of the plaintiff in this action )
) COMPLAINT
)
v. )
)
GE Credit Union )
Greenville Gas Turbine Employees )  Civil Action No. 6:02-3863
Federal Credit Union ) (to be assigned by Clerk)
_____ )
_____ )
_____ )
Enter above the full name of defendant(s) in this action )

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment? Yes_____ No  ✓

   B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

      1. Parties to this previous lawsuit:

         Plaintiff:_____

         Defendant(s):_____

      2. Court:_____
         (If federal court, name the district; if state, name the county)

      3. Docket Number:_____

      4. Name of Judge to whom case was assigned:_____

      5. Disposition:_____
         (For example, was the case dismissed? Appealed? Pending?)

      6. Approximate date of filing lawsuit:_____

      7. Approximate date of disposition:_____

1

II. PLACE OF PRESENT CONFINEMENT

  A.  Name of Prison/Jail/Institution: GREENVILLE COUNTY DETENTION CENTER

  B.  What are the issues that you are attempting to litigate in the above-captioned case?
  THEFT OF CHECKING AND SAVINGS ACCOUNT

  C.  (1) Is there a prisoner grievance procedure in this institution?    Yes____   No ✓

  (2) Did you file a grievance concerning the claims you are raising in this matter? Yes____   No ✓

  When _____    Grievance Number (if available) _____

  D.  Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)?   Yes____    No ✓

  E.  When was the final agency/departmental/institutional answer or determination received by you? _____

  *If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

  F.  If there is no prison grievance procedure in this institution, did you complain to prison, jail, or institutional authorities?   Yes____   No ✓

  G.  If your answer is YES:

    1. What steps did you take? _____

    2. What was the result? _____

III. PARTIES

  *In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

  A.  Name of Plaintiff: CLARENCE E. MONROE    Inmate No.: 285
      Address: 20 MCGEE ST. GREENVILLE, SC. 29601

  *In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

  B.  Name of Defendant: GREENVILLE GAS TURBINE EMPLOYEES    Position: FEDERAL CREDIT UNION
      Place of Employment: 300 GARLINGTON RD. GREENVILLE, SC. 29615

  C.  Additional Defendants *(provide the same information for each defendant as listed in Item B above):*
  _____
  _____
  _____
  _____

2

IV. STATEMENT OF CLAIM

*State here as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

During the month of September 2001, the Social Security Administration direct deposited approximately $39,000 into a savings account held at Greenville Gas Turbine Employees Federal Credit Union owned by Clarence E. Monroe. Mr. Clarence E. Monroe was arrested on August 2, 2001 and has since been detained in the Greenville County Detention Center. Mr. Clarence E. Monroe has attempted to contact Greenville Gas Turbine Employees Federal Credit Union several times by U.S. Mail to no prevail. The account at Greenville Gas Turbine Employees Federal Credit Union was supposedly closed on December 31, 2001. Mr. Clarence E. Monroe did not or has not requested that his accounts be closed nor has Mr. Clarence E. Monroe given anyone his permission or power of attorney to make changes to his accounts.

V.  RELIEF

*State briefly and exactly what you want the court to do for you.*

1. Reopen checking and savings accounts
2. Replace all monies with intrest to date
3. Pay all filing fees and court cost
4. Letter of Apology

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this \_\_\_10\_\_\_ day of \_\_November_____, 20\_02\_.

X *Clarence E Monroe*
  Signature of Plaintiff

5

# United States District Court

_____ DISTRICT OF _____

CLARENCE E. MONROE

V.

GREENVILLE GAS TURBINE
EMPLOYEES FEDERAL CREDIT UNION

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO: (Name and Address of Defendant)

GREENVILLE GAS TURBINE EMPLOYEES FEDERAL CREDIT UNION
300 GARLINGTON RD.
GREENVILLE, SC. 29615

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

CLARENCE E. MONROE
20 McGEE ST. #285
GREENVILLE, SC. 29601

an answer to the complaint which is herewith served upon you, within ____7____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE

BY DEPUTY CLERK